United States District Court

Eastern District of California

Keith Somers,

        Plaintiff,                    No. Civ. S 05-0741 MCE PAN P

  vs.                                Order

M. Perez, et al.,

        Defendants.

-oOo-

    Plaintiff, a state prisoner without counsel, filed a civil rights action and request to proceed in forma pauperis.

    The case proceeds on the April 27, 2005, amended complaint filed as of right pursuant to Fed. R. Civ. P. 15.

    Plaintiff alleges the Board of Prison Terms violated his constitutional rights in addressing his suitability for parole and requests a new hearing.

    When a prisoner seeks an earlier or immediate release from prison or requests relief with respect to his term of

imprisonment, his sole federal remedy is by means of a petition for writ of habeas corpus. <u>Preiser v. Rodriguez</u>, 411 U.S. 475, 500 (1973). Before a state prisoner may bring a federal habeas corpus action, he must present his claims to the state's highest court. <u>Picard v. Connor</u>, 404 U.S. 270, 276 (1971); <u>Middleton v. Cupp</u>, 768 F.2d 1083, 1086 (9th Cir. 1986).

    Plaintiff's claims should be raised in a habeas corpus petition brought after exhausting state judicial remedies.

    Accordingly, the court hereby orders that:

    1. The Clerk of Court shall send plaintiff an application for writ of habeas corpus.

    2. Plaintiff shall, within 20 days, complete and return the application for habeas corpus, which will supersede prior pleading.

Dated: June 16, 2005.

          /s/ Peter A. Nowinski
          PETER A. NOWINSKI
          Magistrate Judge