United States District Court

Eastern District of California

Keith A. Somers,

     Plaintiff,                    No. Civ. S 05-0741 MCE PAN P

  vs.                          Order

BPT Commissioner M. Perez, et al.,

     Defendants.

-oOo-

Plaintiff challenges the constitutionality of parole consideration proceedings before the Board of Prison Terms.

June 16, 2005, the court directed plaintiff to file a habeas petition that would supersede his April 27, 2005, amended complaint.  Plaintiff objected, arguing he can elect to proceed under the civil rights statute.  See <u>Wilkinson v. Dotson</u>, 125 S.Ct. 1242 (2005).  Plaintiff is correct and the June 16, 2005, order is vacated.

April 18, 2005, plaintiff requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the

certificate that must be completed by plaintiff's institution of incarceration was not provided.  Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2).

Accordingly, the court hereby orders that:

1.  The June 16, 2005, order directing plaintiff to file a habeas petition is vacated.

2.  Plaintiff shall, within 10 days, submit an application to proceed in forma pauperis that complies with 28 U.S.C. § 1915(a)(2).  Otherwise this file will be closed.

Dated:  November 17, 2005.

       /s/ Peter A. Nowinski
       PETER A. NOWINSKI
       Magistrate Judge