IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH A. SOMERS,

    Plaintiff,                    No. CIV S-05-0741 MCE PAN P

    vs.

BPT COMMISSIONER M. PEREZ,

et al.,

    Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On August 1, 2005, plaintiff filed a motion for an order directing respondent prison officials to return his electric typewriter so he may prepare pleadings in this case.  Good cause appearing, defendants will be directed to file a response to plaintiff's motion.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  Defendants' response to plaintiff's August 1, 2005, motion for the return of his typewriter be filed within thirty days from the date of this order.

        2.  Plaintiff's reply, if any, is due within fifteen days after the response is filed.

DATED: July 27, 2006.

UNITED STATES MAGISTRATE JUDGE

14/some0741.order