IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KEITH A. SOMERS,** | Case No. 2:05-cv-00741 MCE EFB P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **BPT COMMISSIONER M. Perez, et al.,,** | |
| Defendants. | |

The Court, having considered Defendants' request for an extension of time to file a motion for summary judgment, and good cause having been found.

IT IS HEREBY ORDERED that the deadline for both parties to file a dispositive motion is extended to December 22, 2006.

DATED: December 5, 2006.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE