IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KEITH A. SOMERS,** | 2:05-cv-00741 MCE EFB P |
| Plaintiff, | ORDER |
| v. | |
| **BPT COMMISSIONER M. Perez, et al.,,** | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On March 27, 2007, defendants' filed a request for an extension of time in which to file a response to plaintiff's motion for a preliminary injunction. Good cause appearing, defendants' request will be granted.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Defendants' request for an extension of time is granted; and

    2. Defendants' response to plaintiff's motion for a preliminary injunction will be due on April 17, 2007.

Dated: March 30, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE