IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH A SOMERS,

        Plaintiff,                    No. CIV S-05-0741 MCE EFB P

        vs.

BPT COMMISSIONER M. PEREZ, et al.,

        Defendants.             ORDER

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve an opposition to defendants' motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

        Plaintiff's November 28, 2007, request is granted and plaintiff has 30 days from the date this order is served to file and serve his opposition.

        So ordered.

Dated: November 30, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE